THE STATE OF IOWA, Appellee, v. PHILIP FARRINGTON, Appellant.

Appeal: NOTICE: RECORD.

*Appeal from Jones District Court.*—HON. JAMES D. GIFFIN, Judge.

WEDNESDAY, FEBRUARY 10, 1892.

THE defendant was convicted of the crime of forgery, and adjudged to be imprisoned in the penitentiary at Anamosa for the term of three years.

PER CURIAM.—This cause is submitted upon a transcript which does not show the exidence introduced on the trial. We have examined so much of the record as is contained in the transcript, but discover no error prejudicial to defendant. The charge to the jury, so far as we can ascertain in the absence of the evidence, appears to have been fair to the defendant. The transcript, however, fails to show that any notice of appeal has been served, and for that reason the cause is DISMISSED.

---

THE STATE OF IOWA, Appellee, v. JOHN TILL, Appellant.

Nuisance: JUDGMENT: AFFIRMANCE.

*Appeal from Jones District Court.*—HON. J. H. PRESTON, Judge.

WEDNESDAY, FEBRUARY 10, 1892.

INDICTMENT for maintaining a nuisance. From a judgment of conviction the defendant appealed.

PER CURIAM. The record by transcript discloses that the judgment is upon the defendant's plea of guilty, and without error in the proceedings. The judgment is AFFIRMED.

THE STATE OF IOWA, Appellee, v. FRANK HOFF, Appellant.

Criminal Law: APPEAL: REVIEW.

*Appeal from Jones District Court.*—HON. J. H. PRESTON, Judge.

WEDNESDAY, FEBRUARY 10, 1892.

THE defendant was indicted, tried and convicted upon a charge of keeping and maintaining a nuisance, and he appeals.—*Affirmed.*